```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )        4:97CR3042 &
                Plaintiff,     )        4:05CR3145
                               )
     vs.                       )        ORDER
                               )
JASON ROBERTSON,               )
                               )
                Defendant.     )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on April 5, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: January 27, 2006.

BY THE COURT

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge