IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3042 |
| | ) | 4:05CR3145 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON LEVON ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Robertson's revocation hearing is continued to Friday, May 5, 2006, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

March 23, 2006.               BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                 United States District Judge