IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3042 |
| | ) | 4:05CR3145 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON LEVON ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue his revocation hearing (filing 10 in Case No. 4:05CR3145 and filing 88 in Case No. 4:97CR3042) is granted.

(2)   Defendant Robertson's revocation hearing is continued to the date and time set for sentencing in Case No. 4:06CR3013.

May 4, 2006.                                BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge